**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Juanita Rodriguez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant. | 1:06cv1233 OWW DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due March 9, 2007, and is therefore requesting additional time in which to file her opening brief until April 21, 2007.

Dated: March _7_, 2007        /S/ ROBERT ISHIKAWA
                              _____
                              ROBERT ISHIKAWA
                              Attorney for Plaintiff, DELFINA RAMIREZ

Dated: March _7_, 2007        /S/ DONNA M. MONTANO
                              _____
                              DONNA M. MONTANO
                              Assistant Regional Counsel

   IT IS SO ORDERED.

   **Dated:   March 9, 2007**            **/s/ Dennis L. Beck**
9b0hie                                  UNITED STATES MAGISTRATE JUDGE

1