**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Juanita Rodriguez

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA RODRIGUEZ, ) | 1:06-CV-01233 OWW DLB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due April 21, 2007, and is therefore requesting additional time in which to file her opening brief until May 21, 2007.

Dated: April  24 , 2007          /S/ ROBERT ISHIKAWA
                                 _____
                                 ROBERT ISHIKAWA
                                 Attorney for Plaintiff, JUANITA RODRIGUEZ

Dated: April  24 , 2007          /S/ DONNA M. MONTANO
                                 _____
                                 DONNA M. MONTANO
                                 Assistant Regional Counsel

IT IS SO ORDERED.

  Dated:   **April 25, 2007**           **/s/ Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE

1