IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA RODRIGUEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>    Defendant. | 1:06cv1233 OWW DLB<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>(Document 20) |

On May 24, 2007, Plaintiff filed a stipulation and proposed order to extend time for filing her opening brief. Plaintiff's request is GRANTED. Pursuant to the agreement of the parties, Plaintiff has until June 21, 2007, to file her opening brief. This is Plaintiff's third request for an extension of time. Further requests are strongly discouraged.

IT IS SO ORDERED.

    Dated:   **May 24, 2007**           **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE

1