**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Juanita Rodriguez

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA RODRIGUEZ, ) | 1:06cv01233 OWW DLB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

    Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due June 21, 2007, and is therefore requesting additional time in which to file her opening brief until June 28, 2007. Plaintiff is aware that at the time of the last extension of time that the Court "strongly discouraged" any further request to extend time due to the number of previous extensions. The plaintiff has not ignored and does not take the Court's order lightly and the inability to timely file the opening brief is not due to a lack of effort to have the brief prepared for filing, but due to circumstances which render it impossible to comply with the filing deadline. This short extension of time is therefore requested. The matter has been discussed with counsel for defendant and there is no opposition to the one week extension which is respectfully requested.

Dated: June __21__, 2007        /S/ THOMAS V. MILES for

                                                                  _____
                                                                    ROBERT ISHIKAWA
                                                                    Attorney for Plaintiff, JUANITA RODRIGUEZ

1  Dated: June   21  , 2007            /S/ DONNA M. MONTANO
2                                      _____
                                       DONNA M. MONTANO
                                       Assistant Regional Counsel
3
4       IT IS SO ORDERED.
5       **Dated:   June 22, 2007**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

2