1
2
3
4
5
6
7             **UNITED STATES DISTRICT COURT**

                      EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 8 | JUANITA RODRIGUEZ, | ) 1:06cv1233 OWW DLB |
| 9 | | ) |
| 10 | | ) ORDER ADOPTING FINDINGS |
|  | Plaintiff, | ) AND RECOMMENDATION |
| 11 | | ) |
|  | v. | ) (Document 26) |
| 12 | | ) |
|  | MICHAEL J. ASTRUE, Commissioner | ) |
| 13 | of Social Security, | ) |
| 14 | | ) |
| 15 | Defendant. | ) |
|  | | ) |

16

17    Plaintiff filed her complaint for review of the final decision of the Commissioner of

18  Social Security on September 8, 2006.

19    On October 26, 2006, the Magistrate Judge issued Findings and Recommendation that the

20  appeal be denied.  This Findings and Recommendation was served on all parties and contained

21  notice that any objections to the Report and Recommendation were to be filed within fifteen (15)

22  days of the date of service of the order.  Plaintiff filed objections on November 9, 2007.

23    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

24  a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's

25  objections, the Court finds that the Findings and Recommendation is supported by the record and

26  proper analysis.

27
28

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 26, 2006, is ADOPTED IN FULL; and

2. The complaint is dismissed.

IT IS SO ORDERED.

**Dated:   November 20, 2007**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE